# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> IRENE EQUIGUA ) <br> ) <br> Defendant. ) <br> _____) | Case No.: CR 18-370-JFW <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist, CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on allegations of new criminal conduct while on release, including possessing firearms, drugs on premises

| | |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |

    and/or

B.   ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: ~~8/28/18~~ 9/4/18

_____
UNITES STATES MAGISTRATE JUDGE
PAUL L. ABRAMS